# Charlottesville Police Department
## FIELD CASE SUPPLEMENT REPORT

CASE# **2023-00000805**

| | EVENT | |
|---|---|---|
| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
| **01/17/2023 11:28** | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| | | **CHARLOTTESVILLE, VA** |

### OFFENSES

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | PHONE #3 | |

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| **CP300 Cundiff** | **01/17/2023** | **Handy, Russell Irving** | **01/17/2023** |

OF

## Charlottesville Police Department
### FIELD CASE SUPPLEMENT REPORT    CASE# 2023-00000805

### NARRATIVE

C2023-00000805 Supplement

01/17/2023

Det. Cundiff CP300

On 01/08/2023, I was called out by Cpl. Bowlin two respond to a shooting that occurred at Fitzgerald's Tire on Monticello Rd.  Cpl. Bowlin that two individuals had been shot, one was DOA at the scene, and the second had been transported to UVA and was being sent to the ICU.  Cpl. Bowlin advised me that 5 to 6 people had been detained at the scene and that all of the individuals only spoke Spanish.  While enroute to the scene Cpl. Bowlin called me and said to head to GIB so we could start the interviews.

All subjects were GSR'ed prior to being interviewed.

When I arrived, Ofc. R. Figueroa (ACPD) was there to assist with interpreting the interviews.  The following is a summarization of the interviews with the detained individuals, Ofc. Figueroa, Cpl. Bowlin, and myself.  For further detail, please listen to the video/audio recording under the case file on evidence.com.

------- FIRST INTERVIEW -------

01/08/2023

1606 Hrs

Kelvin Perez Mendez (DOB: ███████) - SSN: ███████

███████ Patterson, NJ

iPhone 13 Pro Max (BLK/Red Case) - Password: 456123

Kelvin was read the Rights Advisory form and signed it.  Kelvin stated that on 01/07/2023 he was with "Christian" (detained) and his brother at their house in Patterson.  Kelvin stated that "Christian" needed his help to "pickup a person."  Kelvin provided transportation via the red Jeep Cherokee registered to his mother.  Kelvin advised that the guy we had detained wearing the black hoodie with white lettering was also with them.  He stated that he was "Christian's" friend.  Kelvin stated that he thought they left NJ around 1800 Hrs on 01/07/2023.  Kelvin stated that around 2100 Hrs, "Christian's" friend paid for a hotel.  Kelvin then described what they were doing traveling from NJ.  Kelvin stated that the "dead guy wanted money" for a female, and the "husband had given half" - and was going to pay the other half once he had his wife - he described the husband to be the male in the GRY hoodie (detained).  Kelvin stated that the women was "sequestered" per Ofc. Figueroa's translation.  Kelvin described that these men, or group of individuals, were "sequestering" females for $10,000.  Kelvin then described meeting the husband (GRY Hoodie) at a gas station "about an hour away."  Kelvin stated that the husband was in a GRY Honda sedan.  He described getting updates on where the exchange was going to take place, and stated that they had to

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| CP300 Cundiff | 01/17/2023 | Handy, Russell Irving | 01/17/2023 |

OF

# Charlottesville Police Department
### FIELD CASE SUPPLEMENT REPORT    CASE# 2023-00000805

## NARRATIVE (continuation)

meet the men in the silver Dodge Ram 1500 Truck in 30 minutes or they would be gone. Kelvin described getting lost at point in Charlottesville. He stated that he eventually found the location and quickly pulled in. He said he saw his "friend" and the truck - he said he saw the husband at the passenger side of the truck providing the money to the two men. Kelvin described his actions which can easily be seen on the video from Fitzgerald's Tire - Kelvin was wearing a white T-shirt and was driving the red Jeep.

At this time we took a break in the interview. Upon return, Det. Bowlin had Ofc. Figueroa go over the rights advisory form with Kelvin prior to starting the interview again - at that time Kelvin said that he wanted to speak with us but that he should probably have a lawyer. At that time we ended the interview with Kelvin.

At a later time that evening, Kelvin told Ofc. Venereo (CPD fluent Spanish speaking officer) that he would give us consent to download his phone. Det. Bowlin, Ofc. Venereo, and I read through a second rights advisory form with Kelvin, who then signed it. He was then read a consent to search form, which he also signed. He provided his phone password at that time.

------- END OF INTERVIEW -------

------- NEXT INTERVIEW -------

01/08/2023

1806 Hrs

Jose Manuel Romero-Severino AKA "Christian" (DOB:          )

          Patterson, NJ

iPhone (Protective case with a picture of a Lamborghini on back) - Password: 777777

Christian was read his rights advisory form and signed it. Christian stated that his friend "David" had asked him for help with getting a girl who was "sequestered against her will." Christian described "David" (detained) to be the male with braids - wearing a BLK hoodie with white lettering. Christian said that "David" drives boxtrucks for him and that was how they knew each other. Christian stated that he thought they left NJ after 1700 Hrs on 01/07/2023. He said he remembered it being a 4 hour trip to the Home2 Suites that they stayed in - possibly Stafford, VA. Christian also stated that he, Kelvin, and "David" stayed at the hotel, which was very close to a 7-11 convenience store and a Shell or Sunoco. Christian said that they met the two men in the Honda at one of the stores mentioned above to come up with a plan on how to safely get the woman. Christian stated that throughout all of this, "David" was the one communicating with the husband (GRY hoodie). Christian stated that when they were roughly 40 minutes from Charlottesville they made a stop to change who was in which vehicle. Christian stated that Kelvin, two family members of the husband originally from the Honda, and himself were in the jeep, and "David" and

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| CP300 Cundiff | 01/17/2023 | Handy, Russell Irving | 01/17/2023 |

OF

**Charlottesville Police Department**
FIELD CASE SUPPLEMENT REPORT    CASE# 2023-00000805

**NARRATIVE (continuation)**

the husband were in the Honda - this was the first time we heard of a sixth person who was not accounted for (see last interview). Christian went into his account of the incident, which did not provide much detail as we had video at this time and could see that once the jeep pulled up and gunshots began, he fled the area. After the incident was over and the group was unable to leave, video shows Christian and "David" going over to the area by the truck where the two males are on the ground - Christian and "David" can bee seen picking up cash from the ground near the bodies. Christian was asked about this and stated that he did take the money from off the ground - he said he was not thinking clearly and knew they needed gas money - he gave us the money for evidence. Christian signed a consent to search form for his phone and provided the password.

------- END OF INTERVIEW -------

------- NEXT INTERVIEW -------

01/08/2023

2003 Hrs

Luis David Coronado Reyes AKA "David" (DOB: ███████)

238 Park Ave, Patterson, NJ

███████████

████████ase) - Password: 1212

David was read his rights advisory form and signed it. David stated that he thought they got to the hotel around 0100. He said that he got a message from the husband changing the plan. David said they were supposed to meet near Washington D.C., but he was told it was too far so it was changed to Charlottesville on this date (01/08/2023). David said the he used to work construction in New York, NY with an individual named "Jeffrey" who was either from Texas or now lived in Texas. David stated that he had reached out to "Jeffrey" requesting money so that he could get his vehicle insured. David stated that "Jeffrey" asked him to help the husband/boyfriend (GRY hoodie) get the "sequestered" female. David stated that he was told that they would receive $10,000 from GRY hoodie for helping the male get the female. David corroborated traveling with Kelvin and Christian, paying for the hotel room, and meeting the GRY Honda with the three males. David stated that they devised a plan where he would drive the GRY Honda with the male (GRY hoodie) in it acting as an Uber driver. The other four individuals would be in the red Jeep close by in the area in case something happened and they needed more people to help get the female. David stated that he dropped the male off at Fitzgerald's Tire and drove off as instructed by the men in the Truck - he said he returned and parked and went over to the truck where the male was. He describe either talking to "the boss" or hearing the "the boss" talk on speaker phone about how they were short money. David described

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| CP300 Cundiff | 01/17/2023 | Handy, Russell Irving | 01/17/2023 |

OF

**Charlottesville Police Department**
FIELD CASE SUPPLEMENT REPORT     CASE# 2023-00000805

**NARRATIVE (continuation)**

the shooting, saying that he saw the driver pull a large rifle from near the driver seat, get out of the vehicle, and shoot towards the Jeep. David stated that he ran from the area and went into the first house on a nearby street with GRY hoodies family member - identified it to be 150 Goodman St. David said that he he later returned to the area of the shooting with everyone else and saw that both men were lying on the ground next to the truck, and the female and male (GRY hoodie) were safe. David stated that he saw the male (GRY hoodie) with the rifle and was unsure how this unfolded. David also took money from the ground and said that we had collected it from his person when officers detained him and took his personal belongings when he was transported.

David did not originally provide consent to download his phone, but later changed his mind. He was read the consent to search form, signed it, and provided his password.

------- END OF INTERVIEW -------

------- NEXT INTERVIEW -------

01/08/2023

2156 Hrs

Fredy Alexis Sorto Mochado (DOB: ████)

████████████ Rockville MD

████████████

Android - Password: NONE

Fredy was read his rights advisory form and signed it. Fredy seemed extremely nervous to speak with us - he spoke very softly and seemed to be fearful of the other individuals hearing what he might say (i.e. the males from NJ). Fredy stated that he was the uncle of Omar Sorto Rivas (GRY hoodie). Fredy started off by saying that he parked his car in Silver Spring, MD and met the red car at a Shell. He said that he was with his friend from MD - "Vladimir" - who had reached out to the individuals from NJ to assist them. After being redirected, Fredy described that Omar had received a call from the kidnappers asking for the $10,000 in order to get his wife/girlfriend - known as Wendy Lemus. Fredy stated that Wendy had crossed the border near Black Rocks, Mexico and was kidnapped on what he thought was maybe the previous Thursday. He stated that his nephew, Omar, told him that they were asking for $10,000 - $11,000 for her. He stated that Omar told them that he would get the money but he would need some time. Fredy stated that neither he nor Omar had that much money, and he was not sure where Omar got the remaining money from - he stated that he and Omar had a combined savings of around $4,000 but not the entire $10,000. Fredy was under the belief at this time that Omar had provided a full payment to the two men, or attempted too, and that he had possibly borrowed the money from the males from NJ. Fredy began speculating about how he thought the three males from NJ were never going to pay and were trying to find

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| CP300 Cundiff | 01/17/2023 | Handy, Russell Irving | 01/17/2023 |

OF

## Charlottesville Police Department
**FIELD CASE SUPPLEMENT REPORT**     CASE# **2023-00000805**

### NARRATIVE (continuation)

out where the other girls being "sequestered" were located so they could take them and then get the payment money. At that time we realized that Fredy had provided what factual information he could.

Fredy was read a consent to search form and signed, allowing us to download his phone.

------- END OF INTERVIEW -------

-Nothing further.

| REPORTING OFFICER | DATE | REVIEWED BY | DATE |
|---|---|---|---|
| CP300 Cundiff | 01/17/2023 | Handy, Russell Irving | 01/17/2023 |

OF