TRI-COUNTY NARCOTICS TASK FORCE
OFFENSE REPORT

| | |
|---|---|
| **PEREZ, JOSEPH**<br>SUSPECTS | **DELIVERY OF COCAINE**<br>OFFENSE |
| **CORPUS CHRISTI (NUECES)**<br>JURISDICTION (COUNTY) TEXAS | MARIO BEDIA       N96-164<br>AGENT             CASE NO |

**NARRATIVE:**

On Wednesday, August 28, 1996, at approximately 4:30 P.M., I was working in an undercover capacity at ▇▇▇▇▇▇ in Corpus Christi, Nueces County, Texas. I was introduced to a Hispanic Male by the name of Joseph PEREZ by a Confidential Informant (CI). PEREZ told me that his name was Joseph and that he sold Crack/Cocaine. PEREZ further advised that he was home all the time so that whenever I wanted to buy Crack, he (PEREZ) would be available.

I asked PEREZ if I could buy Forty Dollars ($40.00) worth of Crack/Cocaine. PEREZ said yes and told me to wait on his front porch while he went inside the residence to get it. After a few minutes passed, PEREZ returned to the front porch and handed me two (2) large yellowish-colored, rock-like substances, suspected to be Cocaine in the form of Crack. I handed PEREZ Forty Dollars ($40.00) in U.S. currency. I secured the evidence as PEREZ told me to come back any time. I then left the area.

I then returned to the Tri-County office where I marked the evidence and it remained in my control and custody, under lock and key, until it was taken to the DPS Lab for analysis.

SUSPECT (S):   PEREZ, Joseph, W/M, DOB: ▇▇▇▇ 73

EVIDENCE:     Two (2) large yellowish-colored, rock-like substances, suspected to be Cocaine in the form of Crack.

LOCATION:     ▇▇▇▇▇▇▇
              Corpus Christi, Nueces County, Texas

WITNESSES:    Mario Bedia

_____
SIGNATURE

CASE: N96-164