```
AR97000059-H                                    CR97-000059-H  G  11 08/22/1997
TRN:                                            PEREZ, JOSEPH
FBI NO.   NONE                                  SID: 10064629  DOB:      1973
DPS NO.   TX05695494                            POSS W/ INT MAN/DEL CS;#972115
D.O.B.         73                               2,500.00 BOND; J-SANTANA
DATE OF ARREST:  01/07/97
ARRESTING AGENCY: TRI-COUNTY NARCOTICS TASK FORCE
BOND: $2,500.00  By: CW
```

NO. 97-CR-59-H

THE STATE OF TEXAS VS. JOSEPH PEREZ

CHARGE: DELIVERY OF COCAINE
        PENALTY GROUP 1 / LESS THAN ONE GRAM
STATUTE: TEXAS CONTROLLED SUBSTANCES ACT SECTION 481.112
DEGREE:  STATE JAIL FELONY

COURT: _____

* * * * * * * * * * * * * * * * * * * * *

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Nueces County, Texas, presents in the District Court of Nueces County, Texas, that

JOSEPH PEREZ, defendant,

on or about August 28, 1996, in Nueces County, Texas, did then and there knowingly and intentionally make an actual transfer or a constructive transfer of Cocaine, a controlled substance listed in Penalty Group 1 of the Texas Controlled Substances Act, to Mario Bedia, and that the amount transferred was, by aggregated weight, including any adulterants or dilutants, less than one gram

against the peace and dignity of the State.

_____
FOREMAN OF THE GRAND JURY

```
INC  9708201320  SID  10064629
PEREZ, JOSEPH
DOB        1973          972115
POSS W/ INT MAN/DEL CS PG FS
```

SCANNED
AUG 29 1997