UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 1997

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-97-226 |
| | § | |
| JOSEPH PEREZ | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about March 18, 1997, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JOSEPH PEREZ,

did knowingly and intentionally distribute a controlled substance, that is less than five (5) grams of a mixture or substance containing a cocaine base (also known as crack cocaine), to-wit: approximately three and eighty-two hundredths (3.82) grams of a mixture or substance containing a cocaine base (also known as crack cocaine), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

On or about March 27, 1997, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### JOSEPH PEREZ,

did knowingly and intentionally distribute a controlled substance, that is less than five (5) grams of a mixture or substance containing a cocaine base (also known as crack cocaine), to-wit: approximately two (2) grams of a mixture or substance containing a cocaine base (also known as crack cocaine), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

GAYNELLE GRIFFIN JONES
UNITED STATES ATTORNEY

By: _____
PATTI HUBERT BOOTH
Assistant United States Attorney