NO. 05-2930-F

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | * * * | IN THE DISTRICT COURT OF |
| EVANGELINA T. PEREZ<br>AND<br>JOSEPH OSCAR PEREZ | * * * * | NUECES COUNTY, T E X A S |
| AND IN THE INTEREST OF<br>JACOB OSCAR PEREZ, SAVANA<br>JOY PEREZ, AND JORDAN JOSEPH<br>PEREZ, CHILDREN | * * * * * | 214 JUDICIAL DISTRICT |

## ORIGINAL PETITION FOR DIVORCE

This suit is brought by EVANGELINA T. PEREZ, Petitioner, social security number ▮▮▮▮▮9078, a resident of Corpus Christi, Nueces County, Texas.

JOSEPH OSCAR PEREZ, Respondent, social security number ▮▮▮▮▮3487, resides in Corpus Christi, Nueces County, Texas.

### I.

Discovery in this cause is intended to be conducted under Level 2 of Rule 190, Texas Rules of Civil Procedure.

### II.

Petitioner and Respondent have been domiciliaries of Texas for the preceding six-month period and have resided in this county for the preceding 90-day period.

### III.

No service is necessary at the present time. If service should become necessary, Respondent may be served at his residence at ▮▮▮▮▮▮▮▮ Corpus Christi, Texas 78416.

AUG 20 2018

986601

IV.

There is no protective order under Chapter 71 or Section 3.581 of the Texas Family Code in effect and no application for a protective order is pending with regard to the parties to this suit.

V.

Petitioner and Respondent were married on or about February 19, 2004, and continued to live together as husband and wife until December 2004.

VI.

The marriage has become insupportable because of discord or conflict of personalities between Petitioner and Respondent that destroys the legitimate ends of the marriage relationship and prevents any reasonable expectation of reconciliation.

VII.

Petitioner and Respondent are parents of the following children of this marriage who are not under the continuing jurisdiction of any other court:

```
NAME:               JACOB OSCAR PEREZ
SEX:                Male
BIRTHPLACE:         Corpus Christi, Texas
BIRTH DATE:         ███ 1997
PRESENT RESIDENCE:  with Petitioner
SS #:               ███7066

NAME:               SAVANA JOY PEREZ
SEX:                Female
BIRTHPLACE:         Corpus Christi, Texas
BIRTH DATE:         ███ 2000
PRESENT RESIDENCE:  with Petitioner
SS #:               ███-2274
```

```
NAME:               JORDAN JOSEPH PEREZ
SEX:                Male
BIRTHPLACE:         Corpus Christi, Texas
BIRTH DATE:         ■■■ 2004
PRESENT RESIDENCE:  with Petitioner
SS #:               ■■■5226
```

There are no court-ordered conservatorships, court-ordered guardianships, or other court-ordered relationships affecting the children.

No property is owned or possessed by the children.

Petitioner believes that Petitioner and Respondent will enter into a written agreement containing provisions for conservatorship and support of the children. If such agreement is not made, Petitioner requests the Court to make orders for conservatorship, possession of and access to the children, and support of the children.

## VIII.

Petitioner believes Petitioner and Respondent will enter into an agreement for the division of their estate. If such agreement is made, Petitioner requests the Court to approve the agreement and order a division of their estate in a manner consistent with the agreement. If such agreement is not made, Petitioner requests the Court to order a division of the estate of Petitioner and Respondent in a manner that the Court deems just and right, as provided by law.

WHEREFORE, Petitioner requests that citation and notice issue as required by law and prays that the Court: (1) grant a divorce dissolving the marriage of Petitioner and Respondent; (2) decree

such other relief requested in this petition; (3) grant such other general relief as may be deemed appropriate.

Respectfully submitted,

*[signature]*

ALICE ORTA
State Bar Number 15322520
Park Tower Office Bldg.
710 Buffalo, Suite 207
Corpus Christi, Texas 78401
(361) 888-8940
(361) 888-8151 (facsimile)

ATTORNEY FOR PETITIONER