NCP Name: **JOSEPH OSCAR PEREZ**
CP Name: **EVANGELINA T HERNANDEZ**
OAG Number: **0617266951**
LAC: **RPMM**

CAUSE NUMBER *05-2930-F*

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE *214TH JUDICIAL DISTRICT* |
| JACOB OSCAR PEREZ | § | |
| SAVANA JOY PEREZ | § | OF |
| JORDAN JOSEPH PEREZ | § | |
| CHILDREN | § | *NUECES* COUNTY, TEXAS |

**CHILD SUPPORT REVIEW ORDER**
(Confirmation of Arrears)

On the 15TH day of JULY, 2008, a negotiation conference was held pursuant to Texas Family Code Chapter 233.

The OFFICE OF THE ATTORNEY GENERAL appeared by a duly authorized representative.

*EVANGELINA T HERNANDEZ, mother* of the children, hereinafter referred to as Obligee,

[X]  appeared in person (and by PRO SE);

[X]  agreed to the entry of these orders as evidenced by her signature;

[ ]  although duly notified, did not appear.

*JOSEPH OSCAR PEREZ, father* of the children, hereinafter referred to as Obligor,

[X]  appeared in person (and by PRO SE);

[X]  agreed to the entry of these orders as evidenced by his signature;

[ ]  although duly notified, did not appear.

The following agreements and/or findings are the result of the negotiation conference.

The Court in which this order will be filed has jurisdiction of the parties and the subject matter of this suit. The OFFICE OF THE ATTORNEY GENERAL brought this proceeding pursuant to Texas Family Code Chapter 233. The following orders are in the best interest of the children.

SCANNED

AUG 2 0 2018

ANNE LORENZEN, DISTRICT CLERK
NUECES COUNTY

## CHILDREN

The following children are the subject of this child support review order:

| Name | Sex | DOB | SSN | Birthplace |
|---|---|---|---|---|
| JACOB OSCAR PEREZ | M | ▉1997 | ▉7066 | CORPUS CHRISTI, NUECES, TX |
| SAVANA JOY PEREZ | F | ▉2000 | ▉2274 | CORPUS CHRISTI, NUECES, TX |
| JORDAN JOSEPH PEREZ | M | ▉2004 | ▉5226 | CORPUS CHRISTI, TX |

## PRIOR ORDER

On *9/16/2005* the Court ordered *JOSEPH OSCAR PEREZ* to pay current child support of *$425.00 monthly*, beginning *9/1/2005* and *monthly* thereafter.

On *9/16/2005* the Court ordered *JOSEPH OSCAR PEREZ* to pay current medical support of *$25.00 monthly*, beginning *9/1/2005*, and *monthly* thereafter.

## CHILD SUPPORT JUDGMENT

It is FOUND and CONFIRMED that *JOSEPH OSCAR PEREZ* is in arrears in the amount of $9402.43 as of JUNE 30, 2008. This includes all unpaid child support and any balance owed on previously confirmed or retroactive support judgments as of the specified date.

A judgment is granted against *JOSEPH OSCAR PEREZ* and in favor of the OFFICE OF THE ATTORNEY GENERAL in the amount of $9402.43, with interest as provided by the law of:

(X) the State of Texas, at the rate of 6% per annum;

( ) the State, _____, that issued the controlling order;

for collection and distribution according to law.

*JOSEPH OSCAR PEREZ*, Obligor, is ORDERED to pay said child support judgment by paying $75.00 each month beginning the 1ST day of AUGUST, 2008, payable on or before that date and on or before the same day of each month thereafter until the arrearage is paid in full, or on the termination of current support for any child the subject of this suit.

If *JOSEPH OSCAR PEREZ* has not paid the judgment in full by the date his current child support obligation ends, he is ORDERED to pay the remainder of said judgment by paying $500.00 each month on or before the same day of each month until the arrearage is paid in full. The withholding order authorized herein shall include such payments, but nothing herein shall prohibit the use of other collection methods authorized by law.

## MEDICAL SUPPORT JUDGMENT

It is FOUND and CONFIRMED that *JOSEPH OSCAR PEREZ* is in arrears on medical support in the amount of

2 of 7

$722.35 as of JUNE 30, 2008. This includes all unpaid medical support and any balance owed on previously confirmed medical support arrearages as of the specified date.

A judgment is granted against *JOSEPH OSCAR PEREZ* and in favor of the OFFICE OF THE ATTORNEY GENERAL in the amount of $722.35, with interest as provided by the law of:

( ) the State of Texas, at the rate of 6% per annum;

( ) the State, _____, that issued the controlling order;

for collection and distribution according to law.

*JOSEPH OSCAR PEREZ*, Obligor, is ORDERED to pay said medical support judgment by paying $25.00 each month beginning the 1ST day of AUGUST, 2008, payable on or before that date and on or before the same day of each month thereafter until the arrearage is paid in full.

The withholding order authorized herein shall include such payments, but nothing herein shall prohibit the use of other collection methods authorized by law.

### NOTICE TO OBLIGOR

Past due support is not an installment debt and the entire judgment is now due and owing. The OFFICE OF THE ATTORNEY GENERAL may take whatever enforcement remedies deemed necessary including any remedies required by federal or state laws to collect this judgment, even if regular periodic payments on this judgment are being made.

*JOSEPH OSCAR PEREZ* is placed on notice that should he fail to pay current child and medical support, or toward the arrearage as ordered herein, the OFFICE OF THE ATTORNEY GENERAL may pursue an action to suspend any or all licenses he may have.

Pursuant to Texas Family Code § 157.269, the Court retains jurisdiction over this matter until all current support and all support arrearages, including interest and any applicable fees and costs, have been paid.

667

## PAYMENT OF SUPPORT AND COSTS

*JOSEPH OSCAR PEREZ* is ORDERED to pay all support through the registry of the court:

Texas Child Support Disbursement Unit
P O Box 659791
San Antonio, TX 78265-9791

for distribution according to law. All payments shall be identified by:

Obligor name *JOSEPH OSCAR PEREZ*,
Obligee name *EVANGELINA T HERNANDEZ*,
OFFICE OF THE ATTORNEY GENERAL case number *0617266951*,
cause number *05-2930-F*, and
the date on which the withholding occurred.

*JOSEPH OSCAR PEREZ* is ORDERED to pay court costs as billed to the District Clerk of *NUECES* County, Texas on or before the 30TH day of SEPTEMBER, 2008 directly to:

PATSY PEREZ
PO BOX 2987
CORPUS CHRISTI, TX 78403

## INCOME WITHHOLDING

Pursuant to Texas Family Code Chapter 158, any employer of *JOSEPH OSCAR PEREZ*, current or subsequent, is ORDERED to withhold income from the disposable earnings of *JOSEPH OSCAR PEREZ* for the children's support as set out in the ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT. Any income withheld from *JOSEPH OSCAR PEREZ*'s disposable earnings for child support and paid according to this order shall be credited against his child support obligation, but shall not discharge any of his child support obligation that exceeds the amount so credited.

It is Found *JOSEPH OSCAR PEREZ* is liable for all court ordered child support, regardless of the amounts withheld by any employer or entity, and *JOSEPH OSCAR PEREZ* is ordered to pay any court ordered child support not withheld by any employer or entity directly to the Texas Child Support Disbursement Unit as ordered.

The Clerk of the Court is ORDERED, upon request, to cause a certified copy of the ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT, with a copy of Texas Family Code Chapter 158 attached, to be delivered to *JOSEPH OSCAR PEREZ*'s employer.

*JOSEPH OSCAR PEREZ* is ORDERED to provide any subsequent employer with a copy of the ORDER/NOTICE TO WITHHOLD INCOME FOR CHILD SUPPORT.

## STATUTORY WARNINGS

**FAILURE TO OBEY A COURT ORDER FOR CHILD SUPPORT OR FOR POSSESSION OF OR ACCESS TO A CHILD MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.**

**FAILURE OF A PARTY TO MAKE A CHILD SUPPORT PAYMENT TO THE PLACE AND IN THE MANNER REQUIRED BY A COURT ORDER MAY RESULT IN THE PARTY NOT RECEIVING CREDIT FOR MAKING THE PAYMENT.**

FAILURE OF A PARTY TO PAY CHILD SUPPORT DOES NOT JUSTIFY DENYING THAT PARTY COURT-ORDERED POSSESSION OF OR ACCESS TO A CHILD. REFUSAL BY A PARTY TO ALLOW POSSESSION OF OR ACCESS TO A CHILD DOES NOT JUSTIFY FAILURE TO PAY COURT-ORDERED CHILD SUPPORT TO THAT PARTY.

EACH PERSON WHO IS A PARTY TO THIS ORDER IS ORDERED TO NOTIFY EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY OF ANY CHANGE IN THE PARTY'S CURRENT RESIDENCE ADDRESS, MAILING ADDRESS, HOME TELEPHONE NUMBER, NAME OF EMPLOYER, ADDRESS OF EMPLOYMENT, DRIVER'S LICENSE NUMBER, AND WORK TELEPHONE NUMBER. THE PARTY IS ORDERED TO GIVE NOTICE OF AN INTENDED CHANGE IN ANY OF THE REQUIRED INFORMATION TO EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY ON OR BEFORE THE 60TH DAY BEFORE THE INTENDED CHANGE. IF THE PARTY DOES NOT KNOW OR COULD NOT HAVE KNOWN OF THE CHANGE IN SUFFICIENT TIME TO PROVIDE 60-DAY NOTICE, THE PARTY IS ORDERED TO GIVE NOTICE OF THE CHANGE ON OR BEFORE THE FIFTH DAY AFTER THE DATE THAT THE PARTY KNOWS OF THE CHANGE.

THE DUTY TO FURNISH THIS INFORMATION TO EACH OTHER PARTY, THE COURT, AND THE STATE CASE REGISTRY CONTINUES AS LONG AS ANY PERSON, BY VIRTUE OF THIS ORDER, IS UNDER AN OBLIGATION TO PAY CHILD SUPPORT OR ENTITLED TO POSSESSION OF OR ACCESS TO A CHILD.

FAILURE BY A PARTY TO OBEY THE ORDER OF THIS COURT TO PROVIDE EACH OTHER PARTY, THE COURT AND, THE STATE CASE REGISTRY WITH CHANGE IN THE REQUIRED INFORMATION MAY RESULT IN FURTHER LITIGATION TO ENFORCE THE ORDER, INCLUDING CONTEMPT OF COURT. A FINDING OF CONTEMPT MAY BE PUNISHED BY CONFINEMENT IN JAIL FOR UP TO SIX MONTHS, A FINE OF UP TO $500 FOR EACH VIOLATION, AND A MONEY JUDGMENT FOR PAYMENT OF ATTORNEY'S FEES AND COURT COSTS.

### NOTICE TO THE STATE CASE REGISTRY

As is required by the preceding section, any change of a party's residential address, mailing address, home telephone number, name of employer, address of employment, driver's license number, and work telephone number are to be reported by mail to the:

> State Case Registry
> Contract Services Section
> MC 046S
> P.O. Box 12017
> Austin, TX 78711-2017

in addition to reporting the change(s) to the other parties and the Court.

### REVIEW

Pursuant to 42 USC 666(a)(10), a parent subject to a child support order, at least every three years, has the right to request a review of the ordered child support amounts by contacting the CHILD SUPPORT DIVISION of the OFFICE OF THE ATTORNEY GENERAL.

### AGREED ORDER REQUIREMENTS

For all parties agreeing to this order, a WAIVER OF SERVICE, HEARING, AND OTHER RIGHTS and APPROVAL OF CHILD SUPPORT REVIEW ORDER is attached to this order and incorporated for all purposes.

## INFORMATION PURSUANT TO TEXAS FAMILY CODE § 105.006

Court:            *214TH JUDICIAL DISTRICT COURT NUECES* County, Texas

Cause Number:     *05-2930-F*

### PRIMARY JOINT MANAGING or MANAGING CONSERVATOR INFORMATION:

Name:                       *EVANGELINA T HERNANDEZ*

Residence Address:       [REDACTED]
                                   *CORPUS CHRISTI TX 78416-1732-13*

Mailing Address (if different):

Social Security Number:     [REDACTED]*9078*

Driver License Number:     *16493911*

Home Phone:

Employer:

Employment Address:

Work Phone:

### JOINT MANAGING or POSSESSORY CONSERVATOR INFORMATION:

Name:                       *JOSEPH OSCAR PEREZ*

Residence Address:       [REDACTED]
                                   *CORPUS CHRISTI TX 78413*

Mailing Address (if different):

Social Security Number:     [REDACTED]*3487*

Driver License Number:     *16618023*

Home Phone:

Employer:                 *REVOLUTION CABLE HOLDINGS INC*

Employment Address:     *301 COMMERCE DR*
                                   *MOORESTOWN NJ 08057-4215-01*

Work Phone:

Expected termination date of obligation to pay child support and of orders for possession of, or access to, a child (date of expected emancipation of all minors): 3-31-2022

The Court:
[ ] has
[X] has not
ordered that special restrictions be placed on the distribution of this information pursuant to Texas Family Code § 105.006(c), to wit:

Issued on the 15 day of July, 2008.

_____
LYNDA F. BOYETT - SBN: 00795853
MICHAEL J. RYAN - SBN: 17478500
WILLIAM A. (BILL) EWERT, JR. - SBN: 06755000
ASSISTANT ATTORNEY GENERAL
CHILD SUPPORT DIVISION
CHILD SUPPORT UNIT 0304E
2820 S. PADRE ISLAND DRIVE
SUITE 298
CORPUS CHRISTI, TX 78415-1820
Telephone No. (361)851-5024
Toll Free 1(800)687-8218
FAX No. (361)852-1190

_____
JANET CLARK
Child Support Review Officer
CHILD SUPPORT DIVISION

_____
EVANGELINA T HERNANDEZ, Obligee

_____
JOSEPH OSCAR PEREZ, Obligor

Signed this 22nd day of July, 2008.

_____
ASSOCIATE JUDGE PRESIDING

CAUSE NUMBER 05-2930-F