```
CR04-00 27-F  G   5 06/17/2004
RUBIO, RUDY
SID: 10041439    DOB:        1963
COUNT I//INDECENCY WIT;#       87
50,000.00 BOND; J/GONZALEZ
```

**04 AR 2127 F**
TRN:
FBI NO. 532656LB4
DPS NO. TX03662897
D.O.B.          63
DATE OF ARREST:
ARRESTING AGENCY:
BOND: $50,000.00    By: [signature]

NO. 04-CR-2127-F

THE STATE OF TEXAS VS. RUDY RUBIO

CHARGE:   COUNTS 1-4: INDECENCY WITH A CHILD
STATUTE:  TEXAS PENAL CODE SECTION 21.11
DEGREE:   SECOND

COURT: _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Nueces County, Texas, presents in the District Court of Nueces County, Texas, that

### COUNT 1

RUDY RUBIO, defendant,

on or about APRIL 1, 2001, in Nueces County, Texas, did then and there with the intent to arouse and gratify the defendant's sexual desire, intentionally or knowingly engage in sexual contact with ████████████, by touching the GENITALS of ████████████, a child younger than 17 years of age and not the spouse of the defendant

### COUNT 2

RUDY RUBIO, defendant,

on or about APRIL 1, 2002, in Nueces County, Texas, did then and there with the intent to arouse and gratify the defendant's sexual desire, intentionally or knowingly engage in sexual contact with ████████████, by touching the GENITALS of

▓▓▓▓▓▓▓▓▓▓, a child younger than 17 years of age and not the spouse of the defendant

### COUNT 3

RUDY RUBIO, defendant, on or about APRIL 1, 2003, in Nueces County, Texas, did then and there with the intent to arouse and gratify the defendant's sexual desire, intentionally or knowingly engage in sexual contact with ▓▓▓▓▓▓▓▓▓▓, by touching the GENITALS of ▓▓▓▓▓▓▓▓▓▓, a child younger than 17 years of age and not the spouse of the defendant

### COUNT 4

RUDY RUBIO, defendant, on or about APRIL 1, 2004, in Nueces County, Texas, did then and there with the intent to arouse and gratify the defendant's sexual desire, intentionally or knowingly engage in sexual contact with ▓▓▓▓▓▓▓▓▓▓, by touching the GENITALS of ▓▓▓▓▓▓▓▓▓▓, a child younger than 17 years of age and not the spouse of the defendant

against the peace and dignity of the State.

FOREMAN OF THE GRAND JURY

INC 0406161025  SID  10041439
RUBIO, RUDY
DOB ▓▓▓▓▓1963                87
COUNT I//INDECENCY WITH A F2

INC 0406161025  SID  10041439
RUBIO, RUDY
DOB ▓▓▓▓▓1963
COUNT III//INDECENCY WITH F2

INC 0406161025  SID  10041439
RUBIO, RUDY
DOB ▓▓▓▓▓963                 87
COUNT II//INDECENCY WITH F2

INC 0406161025  SID  10041439
RUBIO, RUDY
DOB ▓▓▓▓▓1963
COUNT IV//INDECENCY WITH F2