FBI NO. _____          OFFENSE# ____04-023314_____
DPS NO. ___03662897_____
DOB: _____████-63_____    NO: 04IN-000087 4
DATE OF ARREST
ARRESTING AGENCY

THE STATE OF TEXAS                MAGISTRATE: Joe A. Gonzalez
COUNTY OF NUECES                  BOND: $50,000.00

## AFFIDAVIT COMPLAINT

BEFORE ME, the undersigned authority, on this day personally appeared __A.S. Leal__, who after being duly sworn, or oath says that he has good reasons to believe and does believe that on or about the __06th__ day of __April__, 2004, and before the filing of this affidavit, in Nueces County, Texas,

One: _____Rubio Rudy_____ DOB: _____████-63_____

Did then and there commit the offense of __**AGGRAVATED SEXUAL ASSAULT**__ and a probable cause for this belief and for an arrest would show the following:

1. Police Offense Report #04-023314 written by Officer D.R. Cassel #0006 indicating that on 04-13-04 Sgt. Cassel received a call from CPS Caseworker Cindy Richardson indicating that victim ████████ made an outcry to her mother Sylvia Solis that she had been getting touched inappropriately by the victim's uncle Rudy Rubio. It also indicated that victim stated that her uncle Rudy Rubio had penetrated her vagina with his finger.
2. A videotape interview of the victim ████████ by the Children's Advocacy Center Interviewer Ricardo Jimenez which indicates that ████████ told Ricardo that her uncle Rudy Rubio sexual molested her by touching her private area more than once. The first time being when she was seven years old and the last time being last week, by putting his finger inside her private area.
3. A statement by Sylvia Solis, mother of victim ████████ indicating that she took her daughter to the Children's Clinic because her ex-husband who is ████████ dad, called her and told her that he had heard that his daughter had been sexually molested.
4. A second statement from ████████ mother, Sylvia Solis, indicating that her son ████████ had told her that his uncle Rudy Rubio had admitted to him that he had molested ████████ and that he was sorry for what he had done. ████████ also told his mother that his uncle Rudy Rubio told him that he would be giving his mother, Sylvia Solis, twenty thousand dollars if Mrs. Solis indicated that she told her neighbor Criselda Lopez what her son had told her.
5. A written statement by ████████, brother of victim ████████, indicating that his uncle Rudy Rubio admitted to him that he had molested ████████ and that he was sick in the head. He said that instead of paying the courts $20,000 because of what he had done to ████████ he would rather give the money to Sylvia Solis. He stated that his uncle Rudy had taken him to get a haircut and gave him $20.00.
6. A statement by David Mungia Sr. indicating that he was introduced by his ex-brother-in-law brother Joe Solis to Ruben Armentez. David Mungia stated that he had done some work for Ruben Armentez and that Armentez didn't know that David Mungia was related to Rudy Rubio and told him that if he had taken the car to Rubio's garage he would have been cheated. Mr. Mungia said he defended Rubio because he is his ex-brother-in-law. That Ruben Armendez told him that Ruby Rubio was a child molester and then told Mr. Mungia that Rudy Rubio had molested ████████

7.  Medical Health Records from Driscoll Children's Hospital indicating that victim told RN Christine at Children's Clinic that her uncle Rudy had touched her body all over and put his hand down in her pants and touched her private area.

_A.S. Leal_
A.S. Leal

Sworn to and signed before me by _____A.S. Leal_____, on this the __14th__ day of __June__ 2004.

_____
Assistant District Attorney

VICTIM: _____▮▮▮▮▮▮▮▮▮▮▮▮_____