**Date:** 4/14/04   **Time:** 1147
**Social work consult requested by** (location): ER
**Type of concern:**   Sexual abuse

**Referred by:**   CPS

## SUBJECTIVE

Sylvia Solis   (name) **informed this interviewer of the following history of the incident that occurred on**
**date incident occurred:** unknown        **time incident occurred:** unknown
**location of incident:** ▮
**Who witnessed the incident:** N/A

**What took place:** Mother reports that on Saturday, 4/10/04, father (David Munguia) called her and reported that he heard that patient had been sexually molested by someone. Mother reports that father did not know who had molested patient but wanted mother to ask patient if anything had happened to her. Mother reports that she asked patient if Rudy (Rubio, maternal uncle) had taken patient's pants off or put his fingers inside of her. Mother reports that patient reported that Rudy had not taken off her pants. Mother reports patient has been spending time with Rudy while mother is at work and he has taken patient shopping and to run other errands. Mother reports that father continued to be concerned therefore, mother decided to take patient to the doctor to put father at piece of mind. Mother reports she took patient to the Pediatric Center to see Dr. Oshman. Mother reports that Christine, RN at Dr. Oshman's office asked mother what her concerns were. Mother reports that Christine then asked patient if Rudy had touched her or put his hand in her pants. Mother reports that patient reported that Rudy had touched her body all over and had put his hand down her pants and had touched her private area. Mother reports that patient reported she had also seen Rudy do this to her best friend (▮) (12). Mother reports Christine, RN sent mother and patient to DCH to schedule exam.

Mother reports she reported what happened to her sister, Juanita Solis, (Rudy's wife) and Juanita reported that Rudy had also done this to a 10 year old girl before they got together. Mother reports Juanita kicked Rudy out of the home and is planning to get a divorce. Mother reports that she was contacted by CPS, Cynthia Richardson, who informed her that Rudy had previous charges filed against him for sexual indecency to his niece however, he was not convicted. Mother reports that she had no prior suspicion of sexual abuse and that patient will have no contact with Rudy.

## OBJECTIVE

**Family demographics**
**Patient:** ▮                    **DOB:** ▮/94
**resides with** (caretakers):   mother
   **at:** ▮
        Corpus Christi, TX
   **Phone #:** ( 361 )   255-4552

**Mother:** Sylvia Solis          **DOB:** ▮/62     **Age:** 41
   **Home Phone #:**   ( 361) 225-4552      **Work Phone #:** ( 361) 991-1552
**Father:** David Munguia          **DOB:** ▮/65     **Age:** 38
   **Home Phone #:**   ( 361) 854-5711      **Work Phone #:** ( )

**Biological parents are (choose one):**   ☒single   ☐married   ☐separated   ☐divorced   ☐living together
   **Explain:**

**Patient's siblings are:**
▮                          **Sex:** M   **DOB:** ▮/87   **Age:** 16
   **Lives with:**   mother

                                    Page 1 of

Driscoll Children's Hospital
3533 S Alameda
Corpus Christi TX 78411

Psychosocial Assessment for Suspected Abuse                              204206

Form: 315-7170   Department: Social Work                                 1849612

**Others who live in the home:**
Name:                          age:              relationship:
Name:                          age:              relationship:
Name:                          age:              relationship:

**Patient's school/daycare name:** Prescot Elementary School     **Grade:** 3rd
**County of residence:** Nueces

**County where 1st offense occurred:**                **County where 2nd offense occurred:**
Nueces                                                 N/A

**Name of 1st reported perpetrator:**                 **Name of 2nd reported perpetrator:**
Rudy Rubio                                             N/A
**Age:** 41            **DOB:** ▮/63                  **Age:**                **DOB:**
**address:** ▮▮▮▮                                     **address:**
Corpus Christi, TX
**Phone #:** (361) 888-6693                           **Phone #:** ( )

**Relationship of reported**     maternal uncle       **Relationship of reported**
**perpetrator to victim:**                            **perpetrator to victim:**
**Reported perpetrator has**   ☒yes ☐no ☐unknown     **Reported perpetrator has**   ☐yes ☐no ☐unknown
**access to other children:**                         **access to other children:**
If yes, who and where are they: child in the home     If yes, who and where are they:

**Medical information**
**Current diagnosis:** Sexual assault by history.
**Description of patient's injuries:** No genital trauma demonstrated on exam.

**Diagnostic tests completed:**

|                    | (+) | (-) | pending | N/A |                     | (+) | (-) | pending | N/A |
|--------------------|-----|-----|---------|-----|---------------------|-----|-----|---------|-----|
| skeletal survey    | ☐   | ☐   | ☐       | ☒   | x-rays              | ☐   | ☐   | ☐       | ☒   |
| ophthalmological   | ☐   | ☐   | ☐       | ☒   | drug screens        | ☐   | ☐   | ☐       | ☒   |
| CT scan            | ☐   | ☐   | ☐       | ☒   | sexual assault hx   | ☒   | ☐   | ☐       | ☐   |
| C-spine            | ☐   | ☐   | ☐       | ☒   | sexual assault exam | ☐   | ☒   | ☐       | ☐   |

**Forensic photographs completed:** ☐yes ☐no  ☒N/A **by FNE:** N/A
**SANE:** Micki Hauser RN, CA/CP SANE

**Prior significant history**
**Prior CPS/law enforcement history:**     ☐yes  ☒no
   if yes, reason and dates of involvement:

**Patient's prior history of trauma:**    ☐yes  ☒no
   List dates and reason:

**Siblings' prior history of trauma:**    ☐yes  ☒no
   List dates and reason:

Page 2 of

Driscoll Children's Hospital
3533 S Alameda
Corpus Christi TX 78411

Psychosocial Assessment for Suspected Abuse                              204206

Form: 315-7170    Department: Social Work                                1849612

**History of:**

|  | yes | no |  | yes | no |
|---|---|---|---|---|---|
| domestic violence: | ☐ | ☒ | custody dispute: | ☐ | ☒ |
| drug use: | ☐ | ☒ | weapon use: | ☐ | ☒ |
| suicidal ideation: | ☐ | ☒ | sibling deaths: | ☐ | ☒ |

### Clinical observations

**The historian** Sylvia Solis (name) mother (relationship to patient)
**relayed information** ☒willingly ☐reluctantly **to this interviewer. Present at the interview was/were:**
Sylvia Solis, mother; this DCH social worker, Valerie Curiel, LMSW

**The historian's mood, affect during the interview was:**
☒ unremarkable      ☐ anxious
☐ hostile           ☐ withdrawn
☐ sad               ☐ labile
☐ other

**The historian's quality and rate of speech was:**
☐ slow              ☒ clear
☐ hesitant          ☒ coherent
☐ excited           ☒ logical
☐ manic             ☐ tangential
☐ other

**Behavioral observations:** Mother answered all questions and provided information willingly.

**Patient's mood, affect during the interview was:**
☐ unremarkable      ☐ anxious
☐ hostile           ☐ withdrawn
☐ sad               ☐ labile
☒ other  not witnessed

**Patient's quality and rate of speech was:**
☐ slow              ☐ clear
☐ hesitant          ☐ coherent
☐ excited           ☐ logical
☐ manic             ☐ tangential
☒ other  not witnessed   ☐ non-verbal

**Behavioral observations:** I was not present during patient's exam.

**Description of parent/child interaction:** I did not interview patient.

**Other information:** ▇▇▇ (3), ▇▇▇ (15), Rudy Rubio Jr. (19) are all living in the Rubio residence.

## ASSESSMENT

Patient appears to have been sexually assaulted by maternal uncle per history given by mother and patient of the same. Mother appears supportive and protective as she is cooperating with CPS. Patient does not appear at risk of further abuse as uncle does not live in the home and mother appears to be following CPS safety plan. Patient appears to have provided a history of sexual assault to her best friend also. It appears that reports to investigative agencies are warranted at this time for further investigation. Counseling is recommended for family.

## PLAN

**CPS Contact**
  **Intake worker:**
  **Call ID # (if hotline):**

Driscoll Children's Hospital
3533 S Alameda
Corpus Christi TX 78411

**location:** Corpus Christi

Page 3 of

Psychosocial Assessment for Suspected Abuse                                  204206

Form: 315-7170    Department: Social Work                                    1849612

**CPS investigator/caseworker:** Cindy Richardson
**Law Enforcement Contact**
  **Reporting officer:** Robin Cassel                    **location:** CCPD
  **Police case number:** 04-023314
  **Investigator:** Det. Leal
**Attending Physician Contact**
  **Attending physician:** Dr. Nesiama
  **Spoke with:** Dr. Nesiama
**Patient discharged to:**
  **Name:** Sylvia Solis                    **relationship:** mother
  **Returned to same guardian:**   ☒yes   ☐no
  **Patient died on:** N/A             **transferred to:** N/A
**Comments:**
- I have spoke with Cynthia Richardson, CPS, regarding patient's exam results.
- I have left message for Det. Leal, CCPD, regarding patient's exam
- I have made a CCPD report for sexual assault of patient's best friend.

**Signature:** _____
Valerie Curiel, LMSW

Page 4 of

Driscoll Children's Hospital
3533 S Alameda
Corpus Christi TX  78411

Psychosocial Assessment for Suspected Abuse                    204206

Form: 315-7170    Department: Social Work                    1849612