2011-PL-056-FI   JPI-1

FBI NO. 532656LB4
DPS NO. TX03662897
D.O.B. ▮▮/1963
DATE OF ARREST: _____
ARRESTING AGENCY: _____

OFFENSE # 11-01280077

THE STATE OF TEXAS
COUNTY OF NUECES

MAGISTRATE: JP1-1 A. TORRES
BOND: $25,000 — mt

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED J.R. RODRIGUEZ #0515, WHO AFTER BEING DULY SWORN, ON OATH SAYS THAT HE HAS GOOD REASON TO BELIEVE AND DOES BELIEVE AND DOES BELIEVE THAT ON OR ABOUT THE 28TH DAY OF JANUARY, 2011, AND BEFORE THE FILING OF THIS AFFIDAVIT, IN NUECES COUNTY, TEXAS:

ONE: **RUDY RUBIO** DOB: ▮▮ 1963

DID THEN AND THERE COMMIT THE OFFENSE OF **P.C. 25.11 CONTINUOUS FAMILY VIOLENCE** AND AS PROBABLE CAUSE FOR THIS BELIEF AND FOR AN ARREST WARRANT WOULD SHOW THE FOLLOWING:

1. CCPD ASSAULT F.V. REPORT #11-01280077 BY OFFICER E. SOLIZ #1931 WHICH STATES THAT ON 01/28/11 HE RESPONDED TO DOCTORS REGIONAL HOSPITAL REFERENCE AN ASSAULT. THE REPORT STATED THAT OFFICER SOLIZ OBSERVED THE VICTIM, EVANGELINA HERNANDEZ, HAD BRUISES ALL OVER HER FACE AND HER FOREHEAD WHICH WAS ALSO SWOLLEN. THE REPORT STATED THAT EVANGELINA HERNANDEZ WAS SEMI-CONSCIOUS. EVANGELINA HERNANDEZ STATED THAT SHE WAS ASSAULTED BY HER BOYFRIEND, RUDY RUBIO, AT THE MEMORY GARDENS CEMETERY (8200 OLD BROWNSVILLE RD.). EVANGELINA HERNANDEZ STATED THAT RUDY RUBIO HAD DRAGGED HER OUT OF THE VEHICLE BY THE HAIR. EVANGELINA HERNANDEZ STATED THAT SHE DID NOT REMEMBER ANYTHING UNTIL THE NEXT MORNING WHEN SHE WAS AWAKENED BY BANGING SOUNDS.
2. A STATEMENT FROM EVANGELINA HERNANDEZ ON WHICH SHE STATED THAT RUDY RUBIO TOOK HER TO A CEMETERY AND ASSAULTED HER BY DRAGGING HER BY THE HAIR. SHE STATED THAT THE NEXT THING SHE REMEMBERED WAS WAKING UP THE NEXT MORNING WITH RUDY RUBIO IN HIS SHOP APARTMENT AND FINDING HER FACE WAS ALL BRUISED UP AND THAT THERE WAS A GASH ON HER HEAD.
3. A STATEMENT FROM MARGARITA HERNANDEZ ON WHICH SHE STATED THAT SHE HAD BEEN BABYSITTING HER GRANDSON (EVANGELINA'S SON) AND EVANGELINA DID NOT RETURN HOME AFTER GOING OUT TO DINNER WITH RUDY RUBIO. SHE STATED THAT SHE WENT TO LOOK FOR EVANGELINA THE NEXT MORNING AND FOUND HER AT RUDY RUBIO'S SHOP. SHE STATED THAT EVANGELINA'S FACE WAS SWOLLEN AND SHE HAD A GASH ON HER HEAD. SHE STATED THAT EVANGELINA TOLD HER THAT RUDY RUBIO HAD DRAGGED HER THROUGH THE CEMETERY AND BANGED HER HEAD AGAINST A HEADSTONE.
4. AN AUDIO CD OF THE 911 CALL MADE BY MARGARITA HERNANDEZ.
5. MEDICAL RECORDS ON EVANGELINA HERNANDEZ.
6. A PHOTO CD CONTAINING THE PHOTOS OF EVANGELINA HERNANDEZ' INJURIES.
7. CCPD ASSAULT F.V. REPORT #10-09280023 BY OFFICER M. LANDINO #1749 WHICH STATES THAT ON 09/28/10 RUDY RUBIO WENT TO HIS GIRLFRIEND'S (EVANGELINA HERNANDEZ) APARTMENT AND ASSAULTED HER BY HITTING HER IN THE FACE WITH HIS FIST. THE REPORT STATED THAT EVANGELINA HERNANDEZ HAD A BRUISED LOWER LIP AND NOSE AND A SWOLLEN LEFT EYE AS A RESULT OF BEING ASSAULTED BY RUBIO.
8. A VICTIM STATEMENT FORM FILLED OUT AND SIGNED BY EVANGELINA HERNANDEZ ON WHICH SHE STATED: "RUDY CAME OVER TO MY APT ABOUT 2 IN THE MORNING I OPENED THE DOOR AND HE CAME IN AND PUSHED ME AGAINST THE WALL AND HIT ME IN THE MOUTH. HE KEPT ON ARGUING WITH ME HIT ME SEVERAL TIMES IN THE MOUTH."

_____
J.R. RODRIGUEZ

SWORN TO AND SIGNED BEFORE ME BY J.R. RODRIGUEZ, ON THIS THE 14th DAY OF FEBRUARY 2011.

_____
ASST. D.A. JACK PULCHER

VICTIM: EVANGELINA HERNANDEZ

THE STATE OF TEXAS
WARRANT FOR ARREST

WARRANT NO. 2011-FL-00036-FE-JP1-1
ISSUED ON: MONDAY, FEBRUARY 14, 2011
FELONY BOND: $25,000.00
OFFENSE NO. 1101280077

THE STATE OF TEXAS
VS
**RUDY RUBIO**
D.O.B ███ 1963
S.S # ███████ 247
L.K.A. ████████████ C.C. TX, 78410

To any Sheriff, Constable or Peace Officer of The State of Texas, Greetings:

YOU ARE HEREBY COMMANDED TO ARREST:

**RUDY RUBIO** TX D.L. # 10378445

If to be found in County, and bring him/her before me, a Justice of the Peace in and for Precinct 1-1, Nueces County, Texas at my office in Corpus Christi, Texas in said County, immediately, then and there to answer The State of Texas for an offense against the laws of said State, to wit:

**PC 25.11 CONTINUING VIOLENCE AGAINST THE FAMILY**

Of which the Defendant, is accused by the written complaint, under oath, of **DET.J.R. RODRIGUEZ** filed before me.

Herein fail not, but of this writ make due return showing how you have executed same.

Witness my official signature, Monday, February 14, 2011.

Amanda N. Torres
Justice of the Peace Pct. 1-1 Nueces County, Texas

Came to hand on _____ at _____ o'clock
and executed on _____ at _____ o'clock
by arresting the within named Defendant
at _____ in _____ County, Texas.
_____ Sheriff, Constable, or Peace Officer
by _____ Deputy

# Incident/Investigation Report

| Agency: CCPD | Case Number: 1101280077 | Date: 02/14/2011 15:44:09 |
|---|---|---|

## Incident Information

| Date/Time Reported | Date/Time Occurred From | Date/Time Found | Officer |
|---|---|---|---|
| 01/28/2011 12:40 | 01/28/2011 01:00 | 01/28/2011 12:40 | (1931) SOLIZ, E |
| **Incident Location** | | | **Supervising Officer** |
| 8200 Old Brownville Rd, Corpus Christi, TX 78411 | | | |

## Charges

| 1 | Charge Type: State | Description: ASSAULT CAUSES BODILY INJURY | | Statute: PC22.01 (A | UCR: 13B | ☐ Att ☑ Com |
|---|---|---|---|---|---|---|
| **Alcohol, Drugs or Computers Used**<br>☐ Alcohol ☐ Drugs ☐ Computers | | **Location Type**<br>OTHER/UNKNOWN | **Premises Entered** | **Forced Entry**<br>☐ Yes ☑ No | **Weapons**<br>1. Personal Weapons (hands,<br>2.<br>3. | |
| **Entry** | | **Exit** | **Criminal Activity** | | | |
| **Bias Motivation** | | **Bias Target** | **Bias Circumstances** | | **Hate Group** | |

## Victims

| Seq. # 1 | Type: INDIVIDUAL | Injuries: Other Major Injury | | Residency Status: Resident | | Ethnicity: Hispanic | |
|---|---|---|---|---|---|---|---|
| **Name (Last, First, M)**<br>HERNANDEZ, EVANGELINA | | | | Race: W | Sex: F | DOB: /1976 | Age: 34 |
| **Address**<br>CORPUS CHRISTI, TX 78411 | | | | | | **Home Phone**<br>(361) 585-5418 | |
| **Employer Name/Address**<br>UMEMPLOYED | | | | | | **Business Phone** | |
| **Victim of Crimes**<br>1 | | **Cell Phone** | | **Drivers License**<br>- | | **SSN**<br>278 | |

Report: r_lw1ni.frx                Page 1 of 9                02/14/2011 15:44:09

## Incident/Investigation Report

Agency: CCPD          Case Number: 1101280077          Date: 02/14/2011 15:44:09

### Offenders

| Seq. # | Type | Name(Last, First, M) | | | | | | | Hispanic |
|---|---|---|---|---|---|---|---|---|---|
| 1 | INDIVIDUAL | RUBIO, RUDY | | | | | | | |
| AKA | | | Race | Sex | DOB | Age | Height | Weight | |
| | | | W | M | ▇▇▇ 1963 | 47 | 5'07" | 160 lbs | |

| Address | Home Phone |
|---|---|
| ▇▇▇ CORPUS CHRISTI, TX 78410 | (361) 960-1521 |
| Employer Name/Address | Business Phone |
| | |

Scars, Marks, Tatoos or other distinguishing features

Physical Characteristics

Suspect Details

### Related Name Relationships

| HERNANDEZ, EVANGELINA | is | BOYFRIEND/GIRLFRIEND | to | RUBIO, RUDY |
|---|---|---|---|---|

## Incident/Investigation Report

Agency: CCPD          Case Number: 1101280077          Date: 02/14/2011 15:44:09

## Narrative

I RECEIVED A CALL TO DOCTORS REGIONAL HOSPITAL, REFERENCE AN ASSAULT.

I CONTACTED THE VICTIM IN THE EMERGENCY ROOM IN RM#1. ALONG WITH HER WAS HER MOTHER AND VICTIM'S AUNT. I OBSERVED THE VICTIM TO BRUSIES ALL OVER HER FACE AND HER FOREHEAD. FOREHEAD WAS OBSERVED TO BE SWOLLEN. VICTIM WAS OBSERVED TO BE SEMI-CONSCIOUS. SHE ADVISED THAT HER BOYFRIEND ( OFF#1 ) HAD ASSAULTED HER. VICTIM SAID THAT HE COULDN'T REMEMBER MUCH.

VICTIM STATED THAT HER AND HER BOYFRIEND HAD BEEN DRINKING AT TEJANOVILLE 5820 S.STAPLES LAST NIGHT. SHE STATED THAT SHE THINKS THAT THEY LEFT ABOUT ONE 1 OR 2AM. SHE SAID THAT THEY BOTH HAD BEEN DRINKING. VICTIM SAID SHE REMEMBER THAT HER BOYFRIEND TOOK HER TO MEMORIAL GARDEN CEMENTARY. SHE STATED THAT WHEN THEY GOT THERE, HER BOYFRIEND PULLED HER FROM THE VEHICLE AND DRAGGED HER BY THE HAIR. SHE SAID THAT THE SUBJECT WANTED HER TO FIND HIS SISTER'S AND FATHER'S GRAVE. VICTIM SAID THAT HE ( OFFENDER ) WANTED HER TO TELL HIS FATHER HOW BAD OF A PERSON SHE WAS. VICTIM SAID THAT SHE DOES NOT REMEMBER ANYTHING ELSE UNTIL SHE HEARD SOME BANGING THIS MORNING AND SHE WOKE UP. SHE SAID THAT SHE THINKS IT WAS ABOUT 8AM. SHE SAID SHE FOUND HERSELF IN THE OFFENDER'S UPSTARIS ROOM AT HIS PLACE OF BUSINESS ON SPID. VICTIM SAID THAT SHE WAS NOT WEARING ANY CLOTHES, SO THE OFFNEDER THREW HER SOME CLOTHES TO GET DRESS. VICTIM SAID SHE CAME DOWNSTARIS AND IT WAS HER MOTHER WAITING FOR HER. SHE STATED THAT HER MOTHER TOOK HER TO HER DOCTOR BECAUSE OF THE CONTROL SHE WAS IN. SHE WAS THEN ADVISED BY THE DOCTOR TO GO THE EMERGENCY ROOM BECAUSE SHE MIGHT HAVE A HEAD CONCUSSION. VICTIM WAS UNABLE TO REMMBER MUCH DUE TO HER CONDITION. VICTIM WAS UNABLE TO SIT UP AND ALSO VERY WEAK AND UNALBE TO WRITE HER VICTIM'S STATEMENT. VICTIM STATED THERE IS AN ASSAULT CASE PENDING WHEN HER BOYFRIEND ASSAULTED HER IN OCTOBER OF LAST YEAR.

VICTIM WAS OBSERVED TO HAVE BRUSIES ALL OVER HER FACE AND NECK. HER FOREHEAD WAS OBSERVED TO BE SWOLLEN. VICTIM HAD A LARGE BRUISE ON THE UPPER LEFT ARM. SHE ALSO HAD ALOT OF DIRT ON THE BACK OF THE NECK. VICTIM'S LEFT EAR HAD A LARGE BRUISE AND WAS SWOLLEN.

ID GARZA #5529, #1001 TOOK PHOTOGRAPHS

# Incident/Investigation Report

Agency: CCPD        Case Number: 1101280077        Date: 02/14/2011 15:44:09

## Supplement Information

| Supplement Date | Supplement Type | Supplement Officer |
|---|---|---|
| 01/28/2011 16:32:13 | CRIME SCENE INVESTIGATION | (2239) GARZA, R |
| Contact Name | | Supervising Officer |
| | | |