VOLUNTARY STATEMENT - Not Under Arrest           OFFENSE # 11-01280077

POLICE DEPARTMENT
CITY OF CORPUS CHRISTI
COUNTY OF NUECES, TEXAS

Before me, the undersigned authority, on this the 3rd day of February A.D. 2011 personally appeared  Margarita Hernandez , address ▓▓▓▓▓▓▓▓▓▓ Lockhart, Texas  78644 age  62 , phone  361-232-9508 / 512-398-4331  .

My name is Margarita Hernandez. I am 62 years old, born on 04/22/1948. On Thursday, 01/27/11, we came to Corpus to visit a relative that was in the hospital. I stayed the night at my daughter Evangelina "Cita" Hernandez' apartment on Kostoryz. That night she went out with her boyfriend, Rudy Rubio. Cita was supposed to come back home that night. I told her not to drink so much because I know what kind of person Rudy is when he gets drunk. It had happened before where Cita tells me that she does not remember what happened the next day after she goes out with Rudy and they drink. Cita did not come home that night and the next morning I called her but she didn't answer her phone. I called Rudy's phone and his office phone but I couldn't get anyone to answer. I panicked and I decided to go to Rudy's shop to see if she spent the night with him at the apartment he has there. When I got there a little after 8 a.m. the shop was still closed. One of his workers was there and he told me that he did not know where Rudy was. I went and banged on the garage door and on the front door and windows. I banged for awhile and I saw Rudy inside. He went and opened one of the overhead doors. He was only wearing jeans and when he saw me he went to wash up. I yelled at him asking him where Cita was. He told me to hold on and I looked at him and noticed that his lip looked like it was busted. I asked him what he had done to Cita and he started to put on his shirt and I noticed that he had a scratch on his side. He then yelled upstairs and said Evangelina you need to say something your mother's here acting crazy. I went upstairs and Cita was getting dressed. I noticed that she was wearing different clothes than when she left the day before. I looked at her face and it was swollen really bad. Her hair was matted and I later found out it was because she had a gash on her head and two more on the back of her head. I kept asking Rudy what he did to her and all he would tell me was to calm down. I got hysterical and I started crying and called the police and I was told that Cita had to call for the police to come. I don't know if the police ever went because we left after waiting for about 10 minutes. Before we left Cita went to Rudy's Tahoe to get her clothes and she later told me that there was blood on the passenger seat where she had been sitting. I took Cita to the doctor and she was told that she needed to go to the hospital because he believed that she had a concussion. She was checked at the hospital and told she had a concussion. Cita and I spent that night at a hotel because she was afraid that Rudy might go look for her at her apartment. I had a talk with Cita and she told me that she remembered Rudy dragged her through the cemetery and banged her head against a headstone. On 01/29/11 we took Cita to Lockhart to get her away from Rudy. We are afraid if we left her in Corpus that Rudy would hurt her again. I texted Rudy that he should just leave Cita alone. We drove back to Corpus on 02/02/11. Today before we came to the police department we went to Cita's apartment and we found that Rudy had left at least 7 dozen roses and assorted flowers with boxes of candies at the door to her apartment. This statement is true to the best of my knowledge and was given to Detective J.R. Rodriguez. END.

*/s/ Margarita Hernandez*
Margarita Hernandez

WITNESS: */s/ Rocha #0515*
Detective J.R. Rodriguez

pg. 1 of 1