POLICE DEPARTMENT
CITY OF CORPUS CHRISTI
COUNTY OF NUECES, TEXAS

Before me, the undersigned authority, on this the __3rd__ day of __February__ A.D. 2011 personally appeared __Evangelina T. Hernandez__, address ▓▓▓▓▓▓▓▓▓▓▓, Corpus Christi, Texas 78415 age __34__, phone __361-585-5418__.

My name is Evangelina T. Hernandez. I am 34 year sold, born on 12/31/1976. I live with my 3 year old son, Rudy R. Rubio, at ▓▓▓▓▓▓▓▓▓▓▓ I have been involved in a relationship with Rudy Rubio for the past 6 years. We lived together for about a year before I moved out to the apartment I am currently living in. Lately we haven't really been getting along. Rudy has assaulted me in the past but I never have reported the assaults to the police. On 09/28/10 I was assaulted by Rudy and he also took my phone from me. Even though I didn't want to file charges on him the police department filed them anyway. Things were okay until Thursday 01/27/10. Rudy and I went to dinner that night and to Tejanoville afterwards. We were there having a good time. We had some drinks and two or three shots before we left. I was a little tipsy when we left. I remember getting to the cemetery on Old Brownsville and Rudy grabbed me by the hair and drug me out of the Tahoe. He was dragging on the ground and telling me to find his father's and his sister's graves. The next thing I remembered was waking up in the apartment at Rudy's shop. I was only wearing the top I had on the night before. I heard banging on the shop's garage door and Rudy got up to answer. He gave me my clothes to get dressed. I went to the bathroom and didn't know that anything was wrong with me. I found out it was my mom, Margarita Hernandez that had come to pick me up because I hadn't gotten home that morning. When I went to meet her she looked at me and said "oh my God! What happened to you?" I asked her what was wrong and she told me that my face was all messed up. We left and when we went to the apartment. I went to the bathroom and I saw that my face was all bruised up. I also had a cut on my head. Mom took me to the doctor then to the emergency room because the doctor thought I might have a concussion. I was checked and told that I just had some bad bruises. I have no idea how I got the bruises on my body but I did not have them when Rudy and I went to dinner the night before. I have not spoken to Rudy since that day. Rudy has sent me texts that I have not answered. Detective Rodriguez took pictures of the texts that Rudy sent to me. I'm not sure if I want to file charges on Rudy. I do know that he needs help with whatever it is that makes him get so upset that he takes it out on me. I am going to move to live with my parents at ▓▓▓▓▓▓▓▓▓ in Lockhart, Texas 78644 phone: 512-398-4331. This statement is true to the best of my knowledge and was given to Detective J.R. Rodriguez. END.

_Evangelina T. Hernandez_ (signature)
Evangelina T. Hernandez

WITNESS: _signature #0515_
Detective J.R. Rodriguez

pg. 1 of 1