Case 3:24-cr-00015-RSB-JCH   Document 102-18   Filed 01/02/26   Page 1 of 3
Pageid#: 1028
(2/7/2011) J R Rodriguez - ref. case #11-01280077   Page 1

**From:** Margie Hernandez <margie00hernandez@yahoo.com>
**To:** J R Rodriguez <JRRODRIGUEZ@cctexas.com>
**Date:** 2/4/2011 3:08 PM
**Subject:** ref. case #11-01280077

Det. Rodriguez:
The message below is the text I sent Mr. Rubio on Feb. 1, 2001 at 3:05 p.m. My daughter was getting frustrated with all his texts and the voice mails he left and she wanted me to text him the following message:

"My daughter said rudy ray is fine and she is recovering from her wounds. So don't call her or our family. She will make arrangements for visitation with him soon."

If you have any questions, Det. Rodriguez, please do not hesitate to give me a call on my cell, 232-9508, or at home, 512-398-4331.
Thank you and be blessed.

Margaret Hernandez


----- Original Message ----
From: J R Rodriguez <JRRODRIGUEZ@cctexas.com>
To: margie00hernandez@yahoo.com
Sent: Wed, February 2, 2011 1:33:08 PM
Subject: REQUEST FOR E-MAIL STATEMENT ref. case #11-01280077

| | |
|---|---|
| **From:** | Margie Hernandez <margie00hernandez@yahoo.com> |
| **To:** | J R Rodriguez <JRRODRIGUEZ@cctexas.com> |
| **Date:** | 2/5/2011 9:11 AM |
| **Subject:** | Evangelina Hernandez Cs# 11-01280077 |

February 4, 2011

Mr. Rubio is in our town, Lockhart, TX. He has continued to text and call my daughter, Evangelina (Cita). She finally answered one of his calls because he said he was coming to our house. I was standing next to her when she was talking to him. She told him it was over between them and for him to go home. She told him that she didn't want him at our house. He said that he just wanted to see his little boy and give him the tractor that he had left at his house in Corpus Christi (CC). She said that she wanted someone to text him and make him understand that he is not wanted at our house.
I texted him the following message:
"Don't come near our house at any time. We will call the police."

He answered:
yyyyes, mom, I will c my boy tomorrow at 10:00."

My last text to him was:

"U need to check with the police here or Det. JR Rodriguez in CCPD @ 886-2854.

He has continued to leave messages in her voice mail saying that he will try to see his little boy at 10:00. I told her that she doesn't need to answer the phone. She says that she tried to block his number online but it didn't work. She is not willing to change her number because she has so many people that she would have to call and inform them.
If he shows up I am calling the police here. He may be carrying a gun in his Tahoe. Cita says that he always carries a gun in his vehicle. Is he not a convicted felon?


Thanks and be blessed.


Margaret Hernandez

**From:** Margie Hernandez <margie00hernandez@yahoo.com>
**To:** J R Rodriguez <JRRODRIGUEZ@cctexas.com>
**Date:** 2/6/2011 1:14 PM
**Subject:** Case # 11-01280077

I can't believe how fast Mr. Rubio found out about the charges he will have against him and that the police will arrest him this coming week. He left my daughter Cita a message on her phone with that information.

He also left her a message after he left here (Lockhart) that he couldn't believe that she was in Corpus Christi and that she was moving out her stuff. How he found that out is beyond me. She is still in Lockhart but my other daughter, Mary Lou, is in CC packing her stuff so we can get a truck and move things out all in one day. He seems to know every move she makes. Of course, he was wrong in that it is Mary Lou and not Cita. I don't like the feeling that he seems to be stalking her.

Talk to you soon.

Be blessed.


Mrs. Hernandez