**11-AR-0475-E**
SID NO. 10041439
INCIDENT NO. 1102181025
FBI NO.   532656LB4
DPS NO.   TX 03662897
D.O.B. ▮▮▮▮1963
DATE OF ARREST:
ARRESTING AGENCY:
BOND: $25,000.00  By: _____

CR11-000475-E G   3 03/25/2011
RUBIO, RUDY
SID: 10041439   DOB: ▮▮▮▮1963
ASSAULT BI FAM/HOUSE M;#   36
25,000.00 BOND;

NO.  *11-CR-475-E*

COURT:  *148th*

THE STATE OF TEXAS VS.  **RUDY RUBIO**

CHARGE:  CONTINUOUS VIOLENCE AGAINST THE FAMILY
SECTION: TEXAS PENAL CODE SECTION 25.11
DEGREE:  THIRD DEGREE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS;**

The duly organized Grand Jury of Nueces County, Texas, presents in the District Court of Nueces

County, Texas, that

**RUDY RUBIO**, defendant,

on or about **JANUARY 28, 2011**, in Nueces County, Texas, did then and there intentionally,

knowingly, or recklessly cause bodily injury to EVANGELINA HERNANDEZ, a member of the

defendant's family or member of the defendant's household or person with whom the defendant had

or had had a dating relationship, as described by 71.0021(b) or 71.003 or 71.005, Family Code, by

PULLING EVANGELINA HERNANDEZ'S HAIR AND DRAGGING EVANGELINA HERNANDEZ ON

THE GROUND, and on or about September 28, 2010, the defendant did then and there intentionally,

knowingly, or recklessly cause bodily injury to EVANGELINA HERNANDEZ, a member of the

defendant's family or member of the defendant's household or person with whom the defendant had or had had a dating relationship, as described by 71.0021(b) or 71.003 or 71.005, Family Code, by STRKING EVANGELINA HERNANDEZ WITH DEFENDANT'S HAND, and said conduct by the defendant occurred during a period that was 12 months or less in duration.

against the peace and dignity of the State.

_James B. Buchming_
FORMAN OF THE GRAND JURY

FILED-PATSY PEREZ
2011 MAR 25 PM 5:11