

## CASE No. 11 CR 0475 E
### TRN: 9192771386

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 148TH DISTRICT |
| v. | § § § | COURT |
| RUDY RUBIO | § § § | NUECES COUNTY, TEXAS |
| STATE ID NO.: TX03662897 | § | |

## ORDER OF DEFERRED ADJUDICATION

| Judge Presiding: | HON. GUY WILLIAMS | Date Order Entered: | 3/5/2012 |
|---|---|---|---|
| Attorney for State: | FRANK ERRICO | Attorney for Defendant: | ROBERT FLYNN |

**Offense:**
FELONY FAMILY VIOLENCE ASSAULT (LESSER-INCLUDED OFFENSE)

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT | 22.01 Penal Code |

**Date of Offense:**
1/28/2011

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| 3RD DEGREE FELONY | NOLO CONTENDERE | N/A |

**Terms of Plea Bargain:**
SEE ATTACHED COPY OF PLEA AGREEMENT

| Plea to 1st Enhancement Paragraph: | N/A | Plea to 2nd Enhancement/Habitual Paragraph: | N/A |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | N/A | Findings on 2nd Enhancement/Habitual Paragraph: | N/A |

### ADJUDICATION OF GUILT DEFERRED; DEFENDANT PLACED ON COMMUNITY SUPERVISION.
### PERIOD OF COMMUNITY SUPERVISION: TWO YEARS

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ | $ 264 | $ N/A | ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was N/A .

| Time Credited: | _____ DAYS  NOTES: |
|---|---|

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Nueces County, Texas. The State appeared by her District Attorney as named above.

**Counsel / Waiver of Counsel (select one)**
☒ Defendant appeared in person with Counsel.
☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered a plea as indicated above. The Court admonished the Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court