CAUSE NO. 13-CR-3342-B

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | 117TH JUDICIAL DISTRICT |
| | § | |
| RUDY RUBIO | § | NUECES COUNTY, TEXAS |

### STATE'S FIRST AMENDED NOTICE OF POSSIBLE EXTRANEOUS OFFENSES THAT MAY BE OFFERED AT TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the State of Texas, by and through her Assistant District Attorney, pursuant to Rules 404(b) and 609(f) of the Texas Rules of Criminal Evidence and Rule 37.07 of the Texas Code of Criminal Procedure, and hereby gives notice that it may offer the following crimes, wrongs, or acts at the guilt or innocence phase, to impeach, and at the punishment phase of trial.

1. Cause No.:       97249-4
   Offense:         Criminal Mischief
   Location:        Nueces County, Texas
   Court:           County Court at Law No. 4
   Sentence Date:   2/23/1987
   Sentence:        6 Months Deferred Adjudication

2. Cause No.:       97889-4
   Offense:         Operating a Motor Vehicle in a Public Place While Intoxicated
   Location:        Nueces County, Texas
   Court:           County Court at Law No. 4
   Offense Date:    3/16/1986
   Sentence Date:   3/11/1987
   Sentence:        90 Days Jail Probated for 2 Years
   Revoked:         8/3/1988 Revoked to 30 Days Jail

3. Cause No.:       110009-2
   Offense:         Driving and Operating a Motor Vehicle on a Public Road and Highway While License Suspended
   Location:        Nueces County, Texas
   Court:           County Court at Law No. 2
   Offense Date:    7/30/1988
   Sentence Date:   8/4/1988
   Sentence:        3 Days Jail

1

4.  Cause No.: 113187-2
    Offense: Driving and Operating a Motor Vehicle on a Public Highway While Privilege Suspended
    Location: Nueces County, Texas
    Court: County Court at Law No. 2
    Offense Date: 3-11-1989
    Sentence Date: 12-8-1989
    Sentence: Fine

5.  Cause No.: 90-4355-3
    Offense: Driving While Privilege Suspended
    Location: Nueces County, Texas
    Court: County Court at Law No. 3
    Offense Date: 9/2/1990
    Sentence Date: 11/30/1990
    Sentence: 30 Days Jail

6.  Cause No.: 04-CR-2127-F
    Offense: Indecency with a Child
    Victim: ███
    Location: Nueces County, Texas
    Court: 214th District Court
    Offense Date: 4/1/2001, 4/1/2002, 4/1/2003, 4/1/2004
    Sentence Date: 3/9/2005
    Sentence: 5 Years Deferred Adjudication
    Terminated: 4/16/2010

7.  Cause No.: 11-CR-0475-E
    Offense: Felony Family Violence Assault
    Victim: Evangelina Hernandez
    Location: Nueces County, Texas
    Court: 148th District Court
    Offense Date: 1/28/2011
    Sentence Date: 3/5/2012
    Sentence: 2 Years Deferred Probation

8.  Cause No.: B-11-2078-0-CR-B
    Offense: Count 1: Evading Arrest/Detention with a Motor Vehicle
    Count 2: Possession of a Controlled Substance PG 1 ( <1GR)
    Location: Bee County, Texas
    Court: 156h District Court
    Offense Date: 2/18/11
    Sentence Date: 9/22/11
    Sentence: 4 Years Deferred Adjudication

9.  Cause No.: 13-CR-6033-2
    Offense: Evading Arrest and Resisting Arrest

2

|  |  |
|--|--|
| Location: | Nueces County, Texas |
| Court: | County Court at Law No. 2 |
| Sentence Date: | 10/3/2013 |
| Sentence: | Pending |

10. 
|  |  |
|--|--|
| Cause No.: | 99-981-H |
| Offense: | Indecency with a Child |
| Location: | Nueces County, Texas |
| Court: | 347th District Court |
| Sentence: | Dismissed |

On or about July 4, 1987, in Nueces County Texas, Rudy Rubio did then and there with the intent to arouse and gratify his sexual desire intentionally and knowingly touch the genitals of another person, namely ▊, and that ▊ was then a female child younger than 17 years of age and not the spouse of the defendant.

On or about August 14, 1998 in Nueces County Texas, Rudy Rubio did then and there with the intent to arouse and gratify his sexual desire intentionally and knowingly engage in sexual contact with ▊, a child younger than 17 years of age and not the spouse of the defendant, by causing the said ▊ to touch the genitals of the defendant.

On or about August 14, 1998 in Nueces County Texas, Rudy Rubio did then and there with the intent to arouse and gratify his sexual desire intentionally and knowingly engage in sexual contact with ▊, a child younger than 17 years of age and not the spouse of the defendant, by causing the said ▊ to touch the genitals of the defendant and rubbing ▊ bottom.

11. On or about June 1, 2012, in Nueces County, Texas the defendant made contact with ▊ and masturbated in her presence in a vehicle and grabbed her to prevent her from leaving.

12. On or about October 28, 2013 in Nueces County, Texas, Roxanna Johnson, Bonnie Boone, Deputy Acevado, and Deputy Ernest conducted a field visit at the defendant's home. He admitted to making a video at his home with a number of electronic devices aimed at a bed. There were children's videos around his home and two children's bedrooms located in his home.

13. On or about November 8, 2013, in Nueces County, Texas the defendant tested positive for cocaine.

14. The State also gives notice to the defendant that the State may introduce any evidence of other crimes, wrongs or acts (adjudicated or unadjudicated) made known to the defendant by the State's "open file" policy. *See Hayden v. State,* 66 S.W.3d 269 (Tex. Crim. App. 2001). The State intends to introduce this evidence in its case-in-chief and in the punishment phase.

3

Respectfully submitted,

NUECES COUNTY DISTRICT ATTORNEY'S OFFICE

_____
Courtney Hansen
Assistant District Attorney
State Bar No. 24068199
901 Leopard, Room 206
Corpus Christi, Texas 78401
Phone: (361) 888-0410
Fax: (361) 888-0700

## CERTIFICATE OF SERVICE

This is to certify that on this the 26th day of August 2014, a file-stamped copy of this State's Notice of Possible Extraneous Offenses That May Be Offered At Trial was delivered to defendant's attorney of record, Robert Flynn via facsimile, at 866-886-6797.

_____
Courtney Hansen

4