# Exhibit 23

**Mitigation Video**

**Filed with Clerk's Office**